IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CLIFFORD EATON**
Reg. #12878-074                                                                                     **PLAINTIFF**

v.                    Case No. 2:14-cv-00116-KGB-BD

**UNITED STATES OF AMERICA**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied, and the case is closed.

So adjudged this 15th day of March, 2016.

_____
Kristine G. Baker
United States District Judge